■ In the Matter of ARNOLD ASMAN, Appellant, v AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS, Respondent. — Judgment, Supreme Court,

New York County (Kenneth Shorter, J.), entered on February 10, 1983, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. The appeal from the order of said court entered on or about January 28, 1983, is dismissed as having been subsumed in the appeal from the judgment, without costs and without disbursements. No opinion. Concur — Ross, J. P., Carro, Asch, Milonas and Kassal, JJ.